## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LAURIE SMITH<br>　　　　Debtor<br><br>MTGLQ Investors, LP, its successors and/or assigns<br>　　　　Moving Party<br>　vs.<br><br>LAURIE SMITH<br>　　　　Debtor<br>William C. Miller Esq.<br>　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-15065 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Appearance of M&T Bank, which was filed with the Court on or about **08/19/2016**.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**s/s Joshua I. Goldman , Esquire**
　　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

August 22, 2016