**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: LAURIE SMITH<br>            <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-15065 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7050

                                                              Respectfully submitted,

                                                             **<u>/s/Joshua I. Goldman, Esquire</u>**
                                                             Joshua I. Goldman, Esquire
                                                             Thomas Puleo, Esquire
                                                             KML Law Group, P.C.
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106-1532
                                                             (215) 825-6306  FAX (215) 825-6406