# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-15065-AMC

LAURI A SMITH

1049 King Road

Malvern, PA 19355

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LAURI A SMITH

    1049 King Road

    Malvern, PA 19355

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 10/7/2016

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee