# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-15065-AMC

LAURI A SMITH

1049 King Road

Malvern, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LAURI A SMITH

    1049 King Road

    Malvern, PA 19355

Counsel for debtor(s), by electronic notice only.

    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355-

Date: 11/10/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee