UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURI A SMITH                                               Chapter 13

                    Debtor              Bankruptcy No. 16-15065-AMC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355-


Debtor:
LAURI A SMITH

1049 King Road

Malvern, PA 19355