```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                   Case No. 16-15065-amc
Lauri A Smith                                                            Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-2           User: Randi                    Page 1 of 2                   Date Rcvd: Feb 01, 2017
                               Form ID: pdf900                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db             +Lauri A Smith,    1049 King Road,    Malvern, PA 19355-1949
13761362       +Alpha Recovery Corp,    5660 Greenwood Plaza,    Suite 101,    Englewood, CO 80111-2417
13761365       +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
13761366       +Bank of America,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
13796209        CACH, LLC,    PO BOX 5980,    DENVER, CO 80217-5980
13761369       +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13761368       +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
13761370       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13761371      #+Fresh New Solutions,    4340 S. Monaco Street,    Suite 400,    Denver, CO 80237-3485
13761372       +Hospital Billing,    PO Box 8500,    Philadelphia, PA 19178-8500
13839286       +MTGLQ Investors LP,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13779908       +MTGLQ Investors LP,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13841514       +MTGLQ Investors, LP,    C/O Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13761373       +McCabe Weisberg & Conway,    123 South Broad Street,    Suite 1400,    Philadelphia, PA 19109-1060
13761374        Physician Billing,    PO Box 8500,    Philadelphia, PA 19178-8017
13779150       +Rushmore Loan Management Services,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13761375       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 02 2017 01:50:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2017 01:49:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2017 01:49:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2017 01:51:05     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13761363        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 02 2017 01:49:53     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
13761364        E-mail/Text: legal@arsnational.com Feb 02 2017 01:49:42     ARS National Services,
                 PO Box 469100,    Escondido, CA 92046-9100
13797035        E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2017 01:50:39
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13761367       +E-mail/Text: ebn@squaretwofinancial.com Feb 02 2017 01:49:55     Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
13803520        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2017 01:50:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13765554        E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2017 01:49:42
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13796980        E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2017 01:50:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13761376      ##+The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Feb 01, 2017
                              Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL G. DEEGAN    on behalf of Debtor Lauri A Smith mgdeegan@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURI A SMITH                                    Chapter 13

           Debtor              Bankruptcy No. 16-15065-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355-

Debtor:
LAURI A SMITH

1049 King Road

Malvern, PA 19355